497-3-DL
sill

PHILIP M. LUSTBADER
DAVID LUSTBADER
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
615 WEST MT. PLEASANT AVENUE
LIVINGSTON, NJ 07039
(973) 740-1000

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STAFFORD, CHARLES<br><br>*Plaintiff*<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY<br><br>*Defendant* | CIVIL 08-CV-3629 (PGS)<br><br>ARB: Yes<br><br>**CONSENT ORDER** |

This matter having been opened to the Court and counsel having consented,

IT IS ORDERED ON THIS 14th DAY OF _January_, **2009** that the following relief is entered:

1. Plaintiff has leave to file and serve the annexed Second Amended Complaint which shall be deemed filed with the filing of this Order.

2. Serving the pleading on defendant's counsel shall constitute valid service-of-process of the Second Amended Complaint on the named defendant.

3. Defendant shall have thirty (30) days in which to file an Answer and any responsive pleading to the Second Amended Complaint.

4. Plaintiff shall file and serve its Amended Complaint within 10 days of entry of this order.

THE HONORABLE ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE

I consent to the form and entry of this Order.

**PHILIP M. LUSTBADER,**
**DAVID LUSTBADER**
A Professional Corporation
Attorneys for Plaintiff

BY: _David Lustbader_
     DAVID LUSTBADER

I consent. This consent is not necessarily agreement
with the new allegations in the Second Amended Complaint.
The defendant intends to deny them in its Answer to the
Second Amended Complaint. Consent is only given to
expedite this matter procedurally so that an unnecessary
Motion need not be filed.

**PRUTTING & LOMBARDI**
Attorneys for Defendant

BY: _____
     GEORGE A. PRUTTING, JR.